Opinion filed February 23, 2006












 
 
 The Court on this day, March 30, 2006, has withdrawn this opinion
 and judgment dated February 23, 2006, and substituted the opinion and
 judgment dated March 30, 2006.
 
 







 
 
  
 
 




Opinion filed February 23, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00145-CV 

                                                    __________

 

                             IN THE INTEREST OF G.G.N., A CHILD

 

 



 

                                         On
Appeal from the 106th District Court

 

                                                         Gaines
County, Texas

 

                                               Trial
Court Cause No. 0307-14622

 



 

                                            M
E M O R A N D U M    O P I N I O N

Michael J. Cisneros perfected this appeal from the
trial court=s January
20, 2005, order denying the appeal from the associate judge=s hearing.  Upon concession of error, we reverse and remand.

In his brief, Cisneros contends that error
occurred when a de novo hearing was not conducted  pursuant to Tex. Fam. Code Ann. ' 201.015 (Vernon 2002).  In her brief, Sherlyn
L. Nunn concedes error.

Therefore, the order of the trial court is
reversed, and the cause is remanded to that court.

 

PER CURIAM

February 23, 2006

Panel
consists of:   Wright, C.J., and

McCall, J., and Strange, J.